1  JAMES L. JACOBS, State Bar No. 158277
   BARBARA E. TANZILLO, State Bar No. 168339
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Phone: (650) 428-3900
4  Fax: (650) 428-3901

5  Attorneys for Defendant
   WINTEC INDUSTRIES, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 PETER KNERLER,                    No. C070453 JSW

13      Plaintiff,                   STIPULATION AND [PROPOSED]
                                     ORDER TO STAY ACTION PENDING
14      vs.                          OUTCOME OF MEDIATION

15 WINTEC INDUSTRIES, INC., a        [Pursuant to Local Rules 6-2(a) and 7-12]
   Corporation; and DOES 1 through 20,
16 inclusive,

17      Defendant.

18

19      WHEREAS, pursuant to a Stipulation entered into by the parties and which

20 extended the response date to the Complaint by fourteen days, the current due date for

21 defendant Wintec Industries, Inc. ("Defendant") to respond to the Complaint filed by

22 plaintiff Peter Knerler ("Plaintiff") is April 11, 2007;

23      WHEREAS, Plaintiff and Defendant have elected to attempt to resolve this lawsuit

24 as expeditiously as possible by participating in a mediation before the Honorable (Ret.)

25 William Cahill;

26      WHEREAS, the mediation is scheduled to proceed on April 30, 2007 in San

27 Francisco, which is the first available date for the mediator, the parties and counsel to

28

STIP. AND [PROPOSED] ORDER TO STAY          -1-
ACTION PENDING OUTCOME OF MEDIATION

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

1  conduct the mediation, given the mediator's schedule and that Plaintiff and his counsel are
2  located in Wisconsin;
3        WHEREAS, the parties have been diligent in setting the mediation date and said
4  date was only confirmed in writing by the mediator's office on April 2, 2007;
5        WHEREAS, the parties wish to try to resolve the lawsuit in the most efficient and
6  economical manner possible, and have agreed, subject to the Court's approval, to a stay of
7  all proceedings in this action pending the April 30 mediation, so that the minimum amount
8  of the parties' and the Court's resources are spent pending the attempt to resolve this
9  litigation at mediation;
10       WHEREAS, to enable the orderly conduct of the mediation and concurrent stay of
11 the litigation, certain modifications to the Order Setting Initial Case Management
12 Conference And ADR Deadlines ("Case Management Order") are required;
13       WHEREAS, the initial Case Management Conference ("CMC") is set in this matter
14 for May 11, 2007;
15       WHEREAS, based upon the date of the initial CMC, the last day for the parties to
16 confer pursuant to FRCP 26(f) is April 20, 2007 ("Meet and Confer"), and the last day to
17 file and serve initial disclosures or state objection in a FRCP Rule 26(f) Report (the
18 "Report"), and file and serve a CMC Statement, is May 4, 2007;
19       WHEREAS, the parties would like to stay all proceedings in this action, through
20 May 18, 2007, including but not limited to, all discovery and case management-related
21 activities, and all responsive pleading due dates, to enable the mediation hearing to proceed
22 and settlement efforts to be fully undertaken;
23       WHEREAS, unless extended by further order of the Court, the parties would like
24 the stay of all proceedings to expire, automatically, effective May 19, 2007;
25       WHEREAS, the parties would like to extend the deadline to June 1, 2007, for
26 Defendant to answer or otherwise respond to the Complaint in the event a settlement is not
27 achieved at the mediation;
28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIP. AND [PROPOSED] ORDER TO STAY    -2-
ACTION PENDING OUTCOME OF MEDIATION

1  WHEREAS, to achieve the anticipated efficiencies and conservation of judicial
2  resources, the parties believe that the CMC will need to be rescheduled from its current
3  May 11, 2007 date;
4  WHEREAS, as detailed in the accompanying Declaration of James L. Jacobs in
5  Support of Stipulation and [Proposed] Order to Stay Action Pending Outcome of
6  Mediation, lead trial Counsel for Defendant is unavailable during the weeks of June 25 and
7  July 2, 2007 to attend a CMC, and counsel is aware that the Court is unavailable to hold
8  the CMC on June 8 and July 20, 2007;
9  WHEREAS, a new CMC date will effect other operative scheduling deadlines
10 including the due dates for the Meet and Confer, the Report and the CMC Statements, and
11 therefore any new CMC date should take into account both the Court's and counsels'
12 availability and consideration of these other deadlines;
13 WHEREAS, the parties would like the Court to modify the Case Management
14 Order as follows: CMC rescheduled to August 3, 2007; last day to Meet and Confer at
15 least 21 days before then, or July 13, 2007; and last day to complete and file the Report and
16 CMC Statement within 14 days of the Meet and Confer, or July 27, 2007, or such other
17 schedule that the Court deems appropriate.
18 WHEREAS, if the Court is not inclined to reschedule the CMC to August 3, 2007
19 or a later date, the parties confirm their availability to appear on either of July 13, 2007 or
20 July 27, 2007, though counsel prefer an August date given the totality of the circumstances
21 and their respective schedules.
22 NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
23 PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:
24 1. A stay of all proceedings in this action through May 18, 2007, including but
25 not limited to, all discovery and case management-related activities, and all responsive
26 pleading due dates, is immediately in effect and the stay shall expire, automatically,
27 effective May 19, 2007 unless extended by further order of the Court;
28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIP. AND [PROPOSED] ORDER TO STAY          -3-
ACTION PENDING OUTCOME OF MEDIATION

2.    Defendant shall have until June 1, 2007 to answer or otherwise respond to the Complaint;

3.    The CMC in this matter, currently set for May 11, 2007, shall be rescheduled to August 3, 2007 in Courtroom 2, 17th floor at 1:30 p.m., or such other date and time as set by the Court;

4.    The parties shall Meet and Confer no later than 21 days before the rescheduled CMC, or July 13, 2007, or such other date as set by the Court;

5.    The parties shall complete and file their Report and CMC Statement no later than 14 days following the Meet and Confer, or July 27, 2007, or such other date as set by the Court.

Dated: April 6th, 2007                      GCA LAW PARTNERS LLP

_____
James L. Jacobs
Attorneys for Defendant
WINTEC INDUSTRIES, INC.

Dated: April 6th, 2007                      PETERS LAW GROUP

_____ / by James L. Jacobs with
James J. Peters          express authorization
Attorneys for Plaintiff    from Mr. Peters
PETER KNERLER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 9, 2007                          _____
Jeffrey S. White
United States District Court Judge

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

STIP. AND [PROPOSED] ORDER TO STAY    -4-
ACTION PENDING OUTCOME OF MEDIATION